# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JEFFREY SMILES | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| COUNTY OF BERKS, et al. | : | NO. 17-3543 |

FILED AUG 14 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 14th day of August, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED in accordance with the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

LAWRENCE F. STENGEL, Ch. J.

cc: J. Smiles